460 ROSENTHAL vs. CIRCUIT JUDGE (Muskegon), No. 13860; 98 M., 208; 22 L. R. A., 693.

To compel respondent to enter an order restraining the use of certain evidence obtained by a plaintiff from books of account, cancelled checks, trial balances, and other books and papers of the defendant, which were taken under a writ of attachment and copies therefrom made, after which the books, etc., were returned and the attachment proceedings discontinued.

Granted December 22d, 1893, with costs.